PAUL, HASTINGS, JANOFSKY & WALKER LLP
NED N. ISOKAWA (State Bar No. 066287)
LOUISA G. WEIX (State Bar No. 182790)
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HAMILTON LOEB (State Bar No. 091086)
Tenth Floor
1299 Pennsylvania Avenue, N.W
Washington, DC 20004
Telephone: (202) 508-9500
Facsimile: (202) 508-9700

Attorneys for Defendants
TOSHIBA AMERICA, INC. and TOSHIBA AMERICAN CONSUMER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO LAGE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | CASE NO. 03-00287 <br><br> **CERTIFICATE OF INTERESTED ENTITIES FOR TOSHIBA AMERICA, INC. AND TOSHIBA AMERICAN CONSUMER PRODUCTS, INC.** <br><br> (Local Rule 3-16) |

Case No. 03-00287

NOTICE OF APPEARANCE

Pursuant to Civil L. R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have another kind of interest that could be substantially affected by the outcome of the proceeding: Toshiba Corporation.

DATED: February 21, 2003        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
LOUISA G. WEIX

Attorneys for Defendants
TOSHIBA AMERICA, INC. and TOSHIBA AMERICAN CONSUMER PRODUCTS, INC.
Case No. 03-00287          -1-          Certificate of Interested Entities